UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
INTERNATIONAL AUTO MART, et al.,

                    Plaintiffs,

    - v -

ELITE MOTOR GROUP CORP., et al.,

                    Defendants.
----------------------------------------------------------------x

**MEMORANDUM AND ORDER**

CV-07-2175 (FB)(VVP)

**TO:   MICHAEL VILNER**
        **International Auto Mart/Best Motors**
        **2080 South Ocean Drive**
        **Hallandale Beach, Florida 33009**

      By letter dated October 31, 2008, your counsel Raymond B. Grunewald, Esq. advised the court that he is seriously ill and will not be able to continue to represent you in this action. The court has been unable to make contact with Mr. Grunewald since that date, and he failed to appear for a telephone conference in this matter today.

      To avoid dismissal of this action, a new attorney must file a notice of appearance with the clerk of the court by January 24, 2009. Alternatively, if you wish to represent yourself, you must address a letter to the court, with a copy to counsel for the defendants (address below), stating your intention to do so by the above deadline.

      **IF YOU DO NOT EXERCISE ONE OF THE TWO ALTERNATIVES SET FORTH ABOVE BY JANUARY 24, 2009, THIS ACTION WILL BE DISMISSED.**

                               **SO ORDERED:**

                               *Viktor V. Pohorelsky*

Dated: Brooklyn, New York          VIKTOR V. POHORELSKY
       November 24, 2008          United States Magistrate Judge

Mark S. Silberglitt
Diamond, Rutman, Costelo, & Silberglitt, Esqs.
291 Broadway
Suite 1100
New York, NY 10007
Counsel for Defendants Elite Motor Group Corp. and Alex Korchmar