UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
INTERNATIONAL AUTO MART, et al.,

                        Plaintiffs,                **MEMORANDUM AND ORDER**

      - v -

                                                  CV-07-2175 (FB)(VVP)

ELITE MOTOR GROUP CORP., et al.,

                        Defendants.
-----------------------------------------------------------------x

**TO:**   **MICHAEL VILNER**
       **International Auto Mart/Best Motors**
       **2080 South Ocean Drive**
       **Unit Number 302**
       **Hallandale Beach, Florida 33009**
       **Fax: 888-445-2070**

      By letter dated October 31, 2008, your counsel Raymond B. Grunewald, Esq. advised the court that he is seriously ill and will not be able to continue to represent you in this action. The court has been unable to make contact with Mr. Grunewald since that date, and he failed to appear for a telephone conference in this matter on November 24, 2008.[1]

      To avoid dismissal of this action, a new attorney must file a notice of appearance with the clerk of the court by March 31, 2009. Alternatively, if you wish to represent yourself, you must address a letter to the court, with a copy to counsel for the defendants (address below), stating your intention to do so by the above deadline.

      **IF YOU DO NOT EXERCISE ONE OF THE TWO ALTERNATIVES SET FORTH ABOVE BY MARCH 31, 2009, THIS ACTION WILL BE DISMISSED.**

                                                             **SO ORDERED:**

                                                             *Viktor V. Pohorelsky*

Dated: Brooklyn, New York                 VIKTOR V. POHORELSKY
       February 3, 2009                        United States Magistrate Judge

Mark S. Silberglitt
Diamond, Rutman, Costelo, & Silberglitt, Esqs.

---

[1] Following your counsel's non-appearance, the court sent an earlier version of this order to you at the address that had been provided to the court, but it was returned to the court as undeliverable.

291 Broadway
Suite 1100
New York, NY 10007
Counsel for Defendants Elite Motor Group Corp. and Alex Korchmar